ROPK Holdings Incorporated
Waiver of Notice of
The Organizational Meeting of the Board of Directors

We, the undersigned, being all the directors of ROPK Holdings Incorporated, hereby waive all notice of the organizational meeting of the Board of Directors of ROPK Holdings Incorporated and agree and consent that this meeting be held at the offices of the Corporation at:

17305 Bridleway Trail
Boca Raton, Florida 33496

...on the **25th** day of **September**, 20**19**, for the purpose of holding an organizational meeting of the Board of Directors of the Corporation and for such other business as may be brought before the board meeting or any adjournment thereof.

Dated: **9/25/19**

_____
Robert Okun

_____
Piotr Krzyzanowski

1

ROPK Holdings Incorporated
Minutes of the Organizational Meeting of
The Board of Directors

The organizational meeting of the Board of Directors of ROPK Holdings Incorporated was held on __Sept 25__, 2019 at 17305 Bridleway Trail, Boca Raton, Florida 33496. The meeting was attended by Robert Okun and Piotr Krzyzanowski, the only directors, who waived all notice of date, time and place of the meeting and consented to the transaction of any business that might come before the meeting. The following business was conducted, and on motions duly made, seconded and unanimously carried, the following resolutions were adopted:

**Identification of Meeting**

RESOLVED: That this meeting is the organizational meeting of the Board of Directors of ROPK Holdings Incorporated

**Chairman**

RESOLVED: That Robert Okun is elected Chairman of the Board.

**Minute Book**

RESOLVED: That this Corporation shall maintain a minute book containing the minutes of this meeting and all subsequent meetings of the Board of Directors, meetings of shareholders, and such other documents as the Corporation, the Board of Directors or the shareholders shall from time to time direct.

**Articles of Incorporation**

RESOLVED: That a duplicate original of the Articles of Incorporation certified by the Secretary of State of Florida shall be inserted in the corporate minute book.

**Bylaws**

RESOLVED: That the Bylaws, consisting of nine pages, presented to and considered at this meeting, are adopted as the Bylaws of the Corporation; that the Secretary of the Corporation is ordered to certify a copy of the Bylaws, maintain them in the principal office of the Corporation for the transaction of business, and keep them open for inspection by the shareholders at all reasonable times during office hours; and that the Secretary is further ordered to certify a copy of those Bylaws and insert them in the minute book of the Corporation.

**Fiscal Year**

RESOLVED: That the Corporation's fiscal year shall end on December 31 each year.

**Officers**

RESOLVED: That the following persons be and the same are hereby elected to the corporate offices set forth opposite their names:

| Name | Office |
|------|--------|
| Robert Okun | President |
| Piotr Krzyzanowski | Secretary/Treasurer |

and be it further

RESOLVED: That the President of the Corporation is authorized to hire, fire, promote, assign, and to set and establish the salaries to be paid to, all employees of the Corporation.

### Share Certificates and Records

RESOLVED: That a record of all stock certificates issued, transferred or canceled shall be kept by the President or the Secretary either in the corporate minute book or in a separate corporate book to be known as the shareholder register of the Corporation.

### Issuance of Shares

RESOLVED: That the Corporation issue up to 500,000 of its shares of common stock, no par value.

and be it further

RESOLVED: That upon receipt by the Corporation of the consideration to be paid for its common shares, the officers of the Corporation are directed to issue to the persons providing consideration for the shares the number of common shares so purchased of the Corporation set forth in these resolutions. Such shares shall be fully paid and non-assessable. The Secretary is instructed to enter these subscriptions in the corporate shareholder register.

### Loans

RESOLVED: That the President of the Corporation is authorized to negotiate and obtain loans in the name of the corporation in such amounts as, in the opinion of the President, are needed from time to time to provide additional operating capital for the Corporation on such terms as the said officer shall deem appropriate.

### Registered Office/Registered Agent

RESOLVED: That the registered office of the Corporation shall be located at 17305 Bridleway Trail, Boca Raton, Florida 33496, and the registered agent at such address shall be Robert Okun.

### Banking

RESOLVED: That the officers of the Corporation are authorized to open bank accounts at any state or federally chartered banking institutions with banking facilities located in the state where the Corporation's principal office is located or in other states where the Corporation shall operate, and, if deemed necessary by the said officers, resolutions for that purpose on the printed forms of said banks are hereby adopted. The said officers are hereby authorized to execute in the name of and as the act of and on behalf of the Corporation any documents necessary to establish such banking facilities and to establish

lines of credit and other financial resources as the officer shall deem appropriate.

and be it further

RESOLVED: That the officers of the Corporation shall be and hereby is authorized to sign checks, drafts, notes, bills of exchange, acceptances, or other orders for the payment of money, and to endorse any checks, notes, bills, or other instruments owned, held, or endorsed to the Corporation, or to do any other acts convenient or necessary for the opening, maintenance, operation and closing of accounts, and the deposit or withdrawal of funds therefrom.

### Grants of Authority

RESOLVED: That the President of the Corporation is authorized to enter into contracts or leases; hire or fire employees, sub-contractors or service providers, and to set their compensation; to make commitments with suppliers to acquire supplies, fixtures or equipment for the Corporation; to acquire insurance policies; to negotiate lease agreements for offices or other facilities; to construct or provide leasehold improvements to facilities for the Corporation; in such amounts as the said officer shall deem appropriate. The said officer is further authorized to take such action as necessary to conduct the day-to-day business operations of the Corporation, and enter into other agreements, transactions, expenditures or commitments, incur travel expenses, execute leases, sign checks and settle and pay claims against the Corporation in such amounts as the said officer shall from time to time deem appropriate. The said officer is further authorized to represent the Corporation in dealing with the public, governmental agencies, industry groups or organizations, and postal or delivery services. The said officer is further authorized to join industry groups or organizations on behalf of the Corporation. The said officer is authorized to delegate in writing to other employees or agents of the Corporation from time to time in the officer's sole discretion authority to act on behalf of the Corporation in amounts or in such manner or capacity as he shall from time to time deem appropriate.

### 401(k) Profit Sharing Plan

RESOLVED: That an employee profit sharing plan to be called the ROPK Holdings Incorporated 401(k) Profit Sharing Plan (the "Plan") in the form attached to these minutes is adopted.

and be it further

RESOLVED: That the Corporation's officers be, and they hereby are, authorized and directed to execute the Plan as the act of and on behalf of the Corporation.

and be it further

RESOLVED: That Robert Okun and Piotr Krzyzanowski are appointed as the Trustees of the Plan.

and be it further

RESOLVED: That the Corporation's officers be and hereby are authorized and directed to execute and deliver such documents and take any other action they may deem necessary, appropriate and desirable to carry out the foregoing resolutions, including causing the preparation of and, if necessary, the filing of reports and documents as may be required by applicable law.

## Organizational Expenses

RESOLVED: That the Corporation shall pay or reimburse the expenses incurred in the incorporation or organization of the Corporation, including those incurred prior to the incorporation and prior to the date of this meeting, to the persons or entities who have paid such expenses.

## Adjournment

There being no further business to come before the Board of Directors, the meeting was duly adjourned.

_____  
Robert Okun, Director

_____  
Piotr Krzyzanowski, Director