# Pay Summary: 2023 - 27 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | |
|---|---|---|
| **ROPK Holdings Incorporated**<br>2875 S. Congress Avenue, Suite<br>Delray Beach, FL 33445 | **Period Beginning Date**<br>6/21/2023 | **Pay Date**<br>7/7/2023 |
| **Piotr F Krzyzanowski**<br>18023 Samba Lane<br>Boca Raton, FL 33496 | **Period Ending Date**<br>7/4/2023 | **WGPS Advance Pay Date** |

| | | |
|---|---|---|
| **Co.** NXH | **Clock** | **Home Dept** 000100 |
| **File #** 000107 | **Number** 00270003 | **Worked In Dept** 000100 |

| | | |
|---|---|---|
| **Gross Pay** | | **$ 1,096.15** |
| Regular | Rate: 5,769.2300 | $ 1,096.15 |

Total Hours Worked: 0

Basis of Pay: SALARY

| | |
|---|---|
| **Taxes** | **$ 176.47** |
| Federal Income Tax | $ 95.04 |
| Social Security | $ 66.00 |
| Medicare | $ 15.43 |

| | |
|---|---|
| **Deductions** | **$ 33.65** |
| 31 - MEDICAL | $ 31.65 |
| J9 - MET TRM LIF EE | $ 2.00 |

| | |
|---|---|
| **Take Home** | **$ 886.03** |
| CHECKING | $ 886.03 |

# Pay Summary: 2023 - 25 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| ROPK Holdings Incorporated<br>2875 S. Congress Avenue, Suite<br>Delray Beach, FL 33445 | **Period Beginning Date**<br>6/7/2023 | **Pay Date**<br>6/23/2023 | **Co.**<br>NXH | **Clock** | **Home Dept**<br>000100 |
| Piotr F Krzyzanowski<br>18023 Samba Lane<br>Boca Raton, FL 33496 | **Period Ending Date**<br>6/20/2023 | **WGPS Advance Pay Date** | **File #**<br>000107 | **Number**<br>00250003 | **Worked In Dept**<br>000100 |

| | | |
|---|---|---|
| **Gross Pay** | | **$ 3,653.85** |
| Regular | Rate: 5,769.2300 | $ 3,653.85 |
| Total Hours Worked: 0 | | |
| Basis of Pay: SALARY | | |
| **Taxes** | | **$ 849.09** |
| Federal Income Tax | | $ 571.98 |
| Social Security | | $ 224.58 |
| Medicare | | $ 52.53 |
| **Deductions** | | **$ 33.65** |
| 31 - MEDICAL | | $ 31.65 |
| J9 - MET TRM LIF EE | | $ 2.00 |
| **Take Home** | | **$ 2,771.11** |
| CHECKING | | $ 2,771.11 |

## Pay Summary: 2023 - 23 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | |
|---|---|---|
| ROPK Holdings Incorporated<br>2875 S. Congress Avenue, Suite<br>Delray Beach, FL 33445 | **Period Beginning Date** 5/24/2023 | **Pay Date** 6/9/2023 |
| Piotr F Krzyzanowski<br>18023 Samba Lane<br>Boca Raton, FL 33496 | **Period Ending Date** 6/6/2023 | **WGPS Advance Pay Date** |

| Co. | Clock | Home Dept |
|---|---|---|
| NXH | | 000100 |
| **File #** 000107 | **Number** 00230003 | **Worked In Dept** 000100 |

| | |
|---|---|
| **Gross Pay** | **$ 730.77** |
| Regular    Rate: 5,769.2300 | $ 730.77 |
| Total Hours Worked: 0 | |
| Basis of Pay: SALARY | |
| **Taxes** | **$ 104.66** |
| Federal Income Tax | $ 51.19 |
| Social Security | $ 43.34 |
| Medicare | $ 10.13 |
| **Deductions** | **$ 33.65** |
| 31 - MEDICAL | $ 31.65 |
| J9 - MET TRM LIF EE | $ 2.00 |
| **Take Home** | **$ 592.46** |
| CHECKING | $ 592.46 |

# Pay Summary: 2023 - 21 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| ROPK Holdings Incorporated<br>2875 S. Congress Avenue, Suite<br>Delray Beach, FL 33445 | **Period Beginning Date**<br>5/10/2023 | **Pay Date**<br>5/26/2023 | **Co.**<br>NXH | **Clock** | **Home Dept**<br>000100 |
| Piotr F Krzyzanowski<br>18023 Samba Lane<br>Boca Raton, FL 33496 | **Period Ending Date**<br>5/23/2023 | **WGPS Advance Pay Date** | **File #**<br>000107 | **Number**<br>00210002 | **Worked In Dept**<br>000100 |

| | | |
|---|---|---|
| **Gross Pay** | | $ 2,740.38 |
| Regular | Rate: 5,769.2300 | $ 2,740.38 |
| Total Hours Worked: 0 | | |
| Basis of Pay: SALARY | | |
| **Taxes** | | $ 580.24 |
| Federal Income Tax | | $ 372.50 |
| Social Security | | $ 168.36 |
| Medicare | | $ 39.38 |
| **Deductions** | | $ 26.90 |
| 31 - MEDICAL | | $ 24.90 |
| J9 - MET TRM LIF EE | | $ 2.00 |
| **Take Home** | | $ 2,133.24 |
| CHECKING | | $ 2,133.24 |

# Pay Summary: 2023 - 19 - 1

This summary is a record of a payment issued and not an image of the actual pay statement.

| | |
|---|---|
| ROPK Holdings Incorporated<br>2875 S. Congress Avenue, Suite<br>Delray Beach, FL 33445 | **Period Beginning Date** 4/26/2023   **Pay Date** 5/12/2023   **Co.** NXH   **Clock**   **Home Dept** 000100 |
| Piotr F Krzyzanowski<br>18023 Samba Lane<br>Boca Raton, FL 33496 | **Period Ending Date** 5/9/2023   **WGPS Advance Pay Date**   **File #** 000107   **Number** 00190003   **Worked In Dept** 000100 |

| | | |
|---|---|---|
| **Gross Pay** | | **$ 1,096.15** |
| Regular | Rate: 5,769.2300 | $ 1,096.15 |

Total Hours Worked: 0

Basis of Pay: SALARY

| | |
|---|---|
| **Taxes** | **$ 177.80** |
| Federal Income Tax | $ 95.85 |
| Social Security | $ 66.42 |
| Medicare | $ 15.53 |
| **Deductions** | **$ 26.90** |
| 31 - MEDICAL | $ 24.90 |
| J9 - MET TRM LIF EE | $ 2.00 |
| **Take Home** | **$ 891.45** |
| CHECKING | $ 891.45 |