**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:25-cv-81207-EA**

**Piotr Kryzanowski,**

      Plaintiff,

v.

**ROPK Holdings Incorporated, et al.,**

      Defendants.

_____ /

## <u>ORDER</u>

THIS CAUSE came before the Court on the defendants' Motion to Dismiss [ECF No. 14] and Magistrate Judge Bruce E. Reinhart's Report and Recommendation (the "Report") on the same. [ECF No. 25]. Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 25]** is **AFFIRMED.**

2. The Motion to Dismiss **[ECF No. 14]** is **GRANTED IN PART AND DENIED IN PART**.

3. Count III of the Amended Complaint **[ECF No. 11]** is thus **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in chambers in West Palm Beach, Florida, this 23rd day of April, 2026.



**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Danielle Elise Bishop**

Vincent , Scardina, P.A.
800 East Broward Blvd., Ste 607
Ft Lauderdale, FL 33301
9545249494
Email: danielle@bishoplawpa.com

**Charles Merrill Eiss**
Law Offices of Charles Eiss P.L.
550 South Andrews Avenue
Suite 420
Fort Lauderdale, FL 33301
954-812-9513
Email: chuck@icelawfirm.com

**Matthew Alexander Green**
Cole, Scott , Kissane, P.A.
110 SE 6th Street
Suite 2700
Fort Lauderdale, FL 33301
(954) 703-3720
Fax: (954) 703-3701
Email: matthew.green@csklegal.com

**Kevin Alexander Solari**
Cole, Scott & Kissane, P.A.
110 SE 6th Street
Suite 2700
Fort Lauderdale, FL 33301
954-703-3727
Fax: 954-703-3701
Email: kevin.solari@csklegal.com